

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-24-00006-CR

ERIC MONTREAL ANDERSON, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 8th District Court
Hopkins County, Texas
Trial Court No. 2330084

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

# MEMORANDUM OPINION

Eric Montreal Anderson pled not guilty to and was convicted of unlawful possession of a firearm by a felon. *See* TEX. PENAL CODE ANN. § 46.04 (Supp.). After a trial on punishment, a Hopkins County jury assessed a sentence of ten years' imprisonment. The trial court also ordered Anderson to pay $75.00 in reimbursement fees, and the bill of costs included a $15.00 time payment fee.

On appeal, Anderson argues that the trial court erred by including duplicative reimbursement fees and by including a time payment fee in the bill of costs.[1]

We addressed the issues raised by Anderson in detail in our opinion in cause number 06-24-00002-CR. For the reasons discussed in that opinion, we sustain Anderson's points of error.[2]

---

[1]In companion cause number 06-24-00002-CR, Anderson appeals a conviction for possession of five pounds or less but more than four ounces of marihuana. He also appeals a conviction for evading arrest in cause number 06-24-00004-CR and a conviction for possession of four grams or more but less than 200 grams of fentanyl in cause number 06-24-00005-CR.

[2]By separate point of error, Anderson raised a challenge to the order to withdraw funds. As explained by our opinion in cause number 06-24-00002-CR, Anderson's complaint is a civil matter, and we decline to address it in this criminal appeal. *See Johnson v. Tenth Jud. Dist. Ct. of Appeals at Waco*, 280 S.W.3d 866, 871–72 (Tex. Crim. App. 2008) (orig. proceeding); *Harrell v. State*, 286 S.W.3d 315, 318–19 (Tex. 2009); *Perez v. State*, 424 S.W.3d 81, 89 (Tex. Crim. App. 2014) (Alcalá, J., concurring).

We modify the trial court's judgment and bill of costs by deleting the order to pay $75.00 in duplicative reimbursement. We further modify the bill of costs by deleting the time payment fee. As modified, we affirm the trial court's judgment.


Charles van Cleef
Justice

Date Submitted:    July 30, 2024
Date Decided:      September 6, 2024

Do Not Publish